**IT IS ORDERED as set forth below:**



Date: September 8, 2023

_____
**Paul W. Bonapfel**
U.S. Bankruptcy Court Judge
_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**Lawrence O'Brian Chatman,**<br>      **Debtor.** | **CHAPTER 13**<br>**CASE NO.: 22-56336-pwb** |
| **Rushmore Loan Management Services LLC,**<br>                              Movant,<br>v.<br><br>**Lawrence O'Brian Chatman,**<br>      **Debtor,**<br>**K. Edward Safir,**<br>      **Trustee,**<br>                          Respondents. | **CONTESTED MATTER** |

**ORDER LIFTING STAY**

On June 28, 2023, this Court entered an Order which required Debtor to make certain payments to Rushmore Loan Management Services LLC (hereinafter "Movant"). Movant has filed and served upon Debtor and Debtor's attorney a Motion and Affidavit of Default averring that Debtor has failed to comply with the terms of said Order. Debtor has not filed a counter affidavit disputing the fact of default.

IT IS HEREBY ORDERED that the automatic stay of 11 U.S.C. Section 362 is terminated as to Debtor's real property located at 2635 Ridge Manor Drive, Dacula, Georgia 30019 to the extent that the automatic stay enjoins and restrains Movant from the exercise of its rights under the Power of Sale provision contained in the Security Deed and as provided for by the laws of the State of Georgia; including but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date gaining possession of the property and pursuing any other rights available to Movant under state law.  It is further

ORDERED that any proceeds realized from said foreclosure sale, which exceed those amounts owed to Movant under the terms of the subject Note and Security Deed, shall be promptly remitted to the Chapter 13 Trustee.  It is further

ORDERED that upon the entry of this Order Lifting Stay, the Debtor's plan is hereby modified to provide that the payment of the Movant's claim shall no longer be provided for under Section 1322(b)(5) and the Chapter 13 Trustee shall cease funding the same claim upon entry of this Order.

**END OF DOCUMENT**

Prepared By:

/s/ Andrea L. Betts_____
Andrea L. Betts
GA Bar # 432863
Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
13010 Morris Rd.,Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
E-mail: abetts@raslg.com

# DISTRIBUTION LIST

Lawrence O'Brian Chatman
2635 Ridge Manor Dr.
Dacula, GA 30019

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
13010 Morris Rd.,Suite 450
Alpharetta, GA 30004